**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA ACTIONS BRANCH**
**CIVIL DIVISION**

Wilbur Johnson
P.O. Box 901
Wilm., De. 19899

FILED

MAY 12 2016

Superior Court
of the District of Columbia
Washington, DC.

*Plaintiff*

*vs.*

CIVIL ACTION No. 0003941-16

D.C. Metro Transit Authority
500 F. St. N.W.
WASH., DC 20005

and: The Smithsonian Archives Museum (Smithsonian Institute Archives Museum)
2 N. Capitol St. NE **Defendants**
WASH, DC 20001 → (Smithsonian Institute Postal Archives Museum)

**COMPLAINT**

1.   Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

On: May 10th, 2013, I was injured on: DC, Metro Transit Bus # 2303 — Bus Window Display number: B844, while a passenger, which said Metro Bus was Hit from the Rear End where I was Sitting by A Smithsonian Archives Museum — Dark Blue Ford XL Super Duty E350 Van, license tag: U.S. Gov't. No. SI964, Van Vehicle # 2213; D.C. Metro Bus Driver: A.R. Gtiange, D.C. Metro Transit + D.C. Metropolitan Police Officers Called + Responded to the Scene of the Accident — Located at: The Dorothy I. Height Post Office — 2 N. Capitol St. NE. WASH., DC 20001. < Please See Attachment Letters & Exhibits Attached >

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 325,000 Dollars with interest and costs.

DISTRICT OF COLUMBIA, ss

Wilbur Johnson _____, being first duly ~~sworn~~ Affirm on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

Phone: _____

Wilbur Johnson    Pro Se
(Plaintiff                                    Agent)

Subscribed and sworn to before me this ___7th___ day of ___May___ 20 16.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

COMPLAINT—Page 2 CONT./ DC Superior Court—Civil Division

The plaintiff: Wilbur Johnson Respectfully asks this honorable Court to set this case for trial pending the results of Civilian Complaint Review Board, D.C. Metropolitan Police-Dept-Internal Affairs Dept.; and the Department of Justice (DOJ); and also the Delaware Bar Associations investigations of DC Metro Transit Authority, The Smithsonian Institute Archives Museum Security—Personnel officers; and also the Delaware Bar Association—investigation of said Mentioned Delaware Attorney L. Vincent Ramunno, Jr._ 903 French Street, Wilmington, Delaware, for Melingering of my case throught the Ineffective Assistence of Counsel; the denying me copies of Letters, All Correspondence from the defendants Insurance companies, and copies of my Medical Records from—Dr. James Mifusco_ 2205 Baynard Blvd., Wilmington, Dela. 19802, and Associate Doctors & Medical facilities.

the plaintiff requests this Court to furnish plaintiff with any & all names, Titles, Work Addresses & Telephone Work numbers of any & all Person's involved in this Metro Bus/Smithsonian Institute Van, Accident on: May 10th, 2013; and Any & All names, Work-Titles, Job Addresses & Job Telephone numbers of any & All Police or Security, or Employee Personnel, whom gave testimony to: D.C. Metropolitan Police officer: K.A. Mcabee_Badge# 1234, Scout Car# 1022; or Any officer of Law—regarding said DC.-metro Auth.+The Smithsonian Institute Archives Museum Van-Accident on: May 10th, 2013 at the Location of; The Dorothy L. Height_Post office_2. N. Capitol St. Washington, DC 20001; and order the defendants to furnish plaintiff with copies of All Insurance Information from both parties & Any & All Psychological, Witnesses, expert Gov't Witnesses, Police/Security Reports and Copies of any & all statements & testimony given to Police or officials.

Wilbur Johnson

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the Instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br>Jessica Sanet, Assistant General Counsel<br>Office of General Counsel<br>Smithsonian Institution<br>P.O. Box 37012, MRC 012<br>Washington, DC 20013-7012 | 2. Name, Address of claimant and claimant's personal representative, if any. (See Instructions on reverse.) (Number, Street, City, State and Zip Code)<br>*Wilbur Johnson*<br>*P.O. Box 901*<br>*Wilm, De. 19899* |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>*6/06/54* | 5. MARITAL STATUS<br>-Select- | 6. DATE AND DAY OF ACCIDENT<br>*5/10/13* -Select Day- | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) *I was a passenger on a DC Metro Bus No. 2303 Display No. Window B874 at the Location of The Dorothy L. Height post office - 2 N. Capitol St. NE, Wash., DC 20001; I was taken by E.R.T. paramedics to: The Washington Hospital Center in which I was treated for my Injuries.*

**9.** **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
*DC Metro Transit Authority - 500 F. St. NW., Wash., DC 20005*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

**10.** **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. *I Wilbur Johnson was maimed + severely injured by the negligence of your clients - Smithsonian Institute Archives Museum + D.C. Metro Transit Authority operaters failed to use proper caration in my safety as a passenger on DC Bus, thus causing me severe physical pain Injury + Mental Anguish + Suffering*

**11.** **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| *DC Transit Ofc. E. Rodriquez* | *500 F. St. NW - Wash., DC 20005* |
| *DC Transit ofc. N. Ali* | |
| *Bus operator A.R. Ghione* | |
| *D.C. Metro Police ofc. K.A. McAbee #2334* | *300 Ind. Ave. NW. Wash, DC 20004* |

| 12. (See Instructions on reverse.) | AMOUNT OF CLAIM (in dollars) *A total of $525,000 for Both parties involved* | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>*$325,000* | 12b. PERSONAL INJURY<br>*$325,000* | 12c. WRONGFUL DEATH *plus*<br>*$200,000 Punitive Damages* | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>*total $625,000* |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Wilbur Johnson* | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

☐ Yes       Full Coverage ☐

☑ No         Deductible ☐

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

Jun. 12 2013 05:04PM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01 | 2027279524 | Jun. 12 04:56PM | 08'17 | TX | 08 | OK |

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).

From: WILBUR JOHNSON
General Delivery
Washington, DC 20090

To: Chief of Police their
Chief of Police
Metropolitan Police Dept.
300 IND. AVE. NW.
WASH, DC 20004
Ph. 202-727-4218
FAX. 202-727-9524

Re: Police Complaint against M.P.D. Officer: K.A. McABEE #2334
failure to do his duty and failure to follow propper police
protocol; in making a police report of my injury on Metro
Bus; and taking side's with Metro Bus operator's; and
Smithsonian van operators, Supervisor's; officers
to Cover up Metro Bus operator and Smithsonian
Accident and Negligence, Police Misconduct; and
OBSTRUCTION OF JUSTICE.

Dear Chief Lanier
       Greetings of Peace! I am writing to you to
Complain against one of your Police Officers by the name
of: Officer: K.A. McABee, badge No. #2334, in which
I was the passenger on a Metro Bus #2303, on
May 10th, 2013 (Friday) approximately 12 NOON, or a little
afterwards, in which a dark Blue Govt. Smithsonian
Van ford XL Super Duty - Van #2213 - U.S. Govt. Tag
No. SI 964, rode pass and side swiped the rear side -
end of said Metro Bus. - M.P.D. Scout Cars #1011 and
Scout Car #1022, officer: K.A. McABee #2334 respond
Tag No. DC 9869 responded - in which I request to make
a report of my injury to officer: K.A. McABee, which he told
me that the Bus Driver (A.R. GRIANGE) told him that
I wasn't on the Bus! (quote). At that time I request
for officer: K.A. McABee to Confiscate the film from off the Bus

(CONT) Camera's as Evidence ... the Metro Bus which was sideswiped by Dark Blue Gov'T. Van, officer McABee refused to take my report of injury and make a police Report, thus being Bias, taking the side of Metro Bus Employee's and SmithSonian Government Employee's, ie van driver / passenger: officer: Smith, officer: Gary N., officer: D. Wiggins, also: Metro Bus Supervisor Ms. Moore; also I reported my injury + request to make report to: MPD: - Capt. M. REESE; whom I spotted getting off of another Metro Bus, in which he stepped up on said ACCIDENT Bus and Conferred with officer: K.A. McABee after I told him I dialed 9-11 spoke to Dispatcher # 1693 Dispatcher # 8034 and requested a Shift Commander on the Scene, in which Capt. M. Reese told me they M.P.D. would Send me a Shift Commander and that officer: McABee would take Care of me (Quote) In which to no avail, no Shift Commander ever showed and officer: McABee and Bus Driver and Gov'T. Van Drivers all jumped in their Vehicle's after putting their heads together & Conspired & acted in Concert to obstruct Justice and deny me Due Process of Law in which said officer: McABee after Seeing me pull out a Cell phone and dial 911 for a police Official or Shift Commander, he then pretended to have the Shift Commander on his Scout Car RADIO phone & Rolled down his car window 4 me 2 Come over to speak on his car RADIO - in which I restated my position that I requested a Shift Commander on the Scene - this officer failed 2 follow proper police protocol & obstructed Justice and acted

3) CONT:

Unbecoming of a Police Officer in Carrying out his duties and acted very Corruptly in Covering up for fellow Government Workers; thus violating me as a Person and violating my Human, Constitutional and D.C. Citizen Rights as a Citizen.

I ask you to use the Power invested in you by the Great Citizens of Washington, DC to Look into & Investigate this Miscarriage of Justice, Mam and See that this officer is Reprimanded for his Misconduct and Abuse of Authority. Also I ask you to use your Authority & Confiscate & Preserve the Film & tape of Said Metro Bus #2303, on May 10th, 2013 (Friday) Approximately 12 Noon to 1:30 PM, Mam; which may be helded by Law as Evidence in the future in a Court of Law; or any government Hearing; or Private Hearing Mam. to Preserve Justice & See that Justice is done, Mam! Also, I want the Police Report + Number

I Thank you in advance for your efforts and fast, Prompt, speedy reply, Mam. I view you a a Honest, Above board stand up, No Nonsense Police Chief that's trying to make things right & Safe for all of us — The Law, was not set up for these Police and Government; and Metro Employee's to act in this Manner and curtail Justice and use the Law for there own Personal gain. Note: Police Officers Like this go around Messing over People in the Community — then when an officer falls, they want the Communities help.

WILBUR JOHNSON

# AFFIDAVIT

May 10th 2013 Friday. Approximately 12 noon I left
Union Station Metrobus - I walked to N. Capitol St &
Mass. Ave. NE. I saw the D8 Bus (Wash Hosp Cen.)
Parked Standstill at the D8 Bus Stop on N. Capitol St/ave.
In Front of the Main Post Office - addressed: 2 N. Capitol
St. NE. Washington, D.C.
I ran to catch the Bus. I hollered, 'Hold that
Bus'; The Bus Driver was standing on the Sidewalk/
ledge in front of the Post Office - He told me - You dropped
your Papers. I looked down - I had dropped my Amtrak
Night Train Ticket & Papers - He also said 'That Bus
AIN'T Going Nowhere for A WHILE!' (quote) and that
I GOT TIME! (quote) The Bus is not moving yet! (quote)
NOTE: A Young Black Youth - appeared to be in His twenties
had refused to Pay his fare. So the Bus Driver called 4
Metro Transit Police & holded the Bus up & waiting 4
Metro Transit Police to arrive. I got on the Bus paid
my fare - (sat in the Back Seats that sit Sidewais.) The
Passengers on the Bus were mad & complaining because the
Driver had holded up the Bus, that he shouldn't hold up the bus
because of the dude refused to Pay his fare. (quote) I
over heard the Black Youth talkin on his cell phone to Someone that
I was waiting a long time for the D8 Bus & when it finally came it
just flew past him, So he refused to Pay his fare. (quote)
While I was sitting in the back of the Bus - an Elderly Black-
man also complained to the Bus Driver & him hold-
ing up the Bus he said he Should of went to the Next location que.

2) Cont./ He was Mixed/ 18 yrs old-Brown Skin/Slender
Built - 180 to 165.

All of a Sudden the Backside of the Bus was hit by a
Dark Blue Van - Ford XL Super Duty E350 Van
#2213 - U.S. Gov't. Tag No. 51964, that rode
Pass & hit & sideswiped the Bus - where, I was sitting
at. note: The Buses rear end was sticking out in
traffic - it was Parked on an angle slantedly, not
parked straight-at-the-curb.

The Bus Number is: #2303
The Bus Operator's name: A.R. GRIANGE (Blackmale
5⁹-6ᶠᵗ tall, Brown Skin - 58 to 63 yrs. old.)
The Bus Window Display number: [B874]
The Bus Accident Location: 2 N. Capitol St. NE. W.D.C
(The DOROTHY L. HEIGHT POST OFFICE)

METRO TRANSIT VAN number Vehicle #22678 responded
Tag Number - CSS
1ˢᵗ Metro Officer: E. RODRIQUEZ
2ᴺᴰ Metro Officer: W. ALL
Note: I reported my injury to both these officers & requested
to file a report & asked for Medical Assistance, Metro
Transit officer W. ALL, asked me for my Smart Card, I
told him I paid Cash - said officer W. ALL Said in the
Presence of fellow officer: E. RODRIQUEZ, Bus Driver
A.R. GRIANGE & 3ʳᵈ Officer (name to be Supplied at a later Date,
this officer tall dark Skin, Afro Amer. - Approx. 60 yrs. old, 180-
190 lbs), 6ᶠᵗ tall - I believe he was a "Smithsonian Officer-
Supervisor - Officer W. ALL Said M.P.D. has 2 Come & In
vestigate & do the report (quote)

3) CONT: M.P.D. Scout Cars #10, 11 and 1022 Responded to said Metro Bus Accident — unidentified Black female African Amer. Officer — Name to be supplied at a later date!)
M.P.D. Officer: K.A. McAbee badge number #2334
Tag Number: DC 9869

Metro Transit Officers: E. RODRIQUEZ & W. Ali left the scene, once said officers: K.A. McAbee & Black female M.P.D. Officers arrived on the Scene, I restated my request to make a report (police report) of the Bus Accident/incident of my personal injury to: M.P.D. Officer K.A. McAbee — he asked me + my I.d., I told him I didn't have my I.d. on me, but I had something with my name on it (quote) Officer K.A. McAbee said "I'll get back 2 you! (quote)

Officer: McAbee proceeded to walk with said Bus Driver: A.R. GRIANGE onto said Metro Bus, I followed Pursuit — they both stepped onto Metro Bus & Metro Operator: A.R. GRIANGE started explaining to Ofc. McAbee about the youth who refused 2 pay his fare, He called 4 Metro Transit — when the Van came along struck the side of the Bus, everybody got off + got in another Bus — etc. including the youth who refused 2 pay his fare! (quote) before Metro Transit arrived.

Notice: The Smithsonian Officers Supervisor, Metro — Black female Supervisor: Ms. Moore (Brownskin, 5'4 slender built — 120 lbs. — 39-45 yrs. old, The Smithsonian Officers driving the Dark Blue Gov't. Van, Bus Operator: A.R. GRIANGE, Officer: K.A. McAbee, all

4./CONT./ put their heads together / and told There Stories together, exchanged names & phone numbe. Conspired together & acted in Concert to Cover up the said Bus / & GOV'T. VAN ACCIDENT & to deny me a right to make a police report & due Process of law, in which Officer: McABee told me that the Bus Driver said -you wasn't on the Bus / (quote) Thus, Ofc. McABee failed. follow proper Police Protol in the line of his duty used his position of authority as leverage to aid & abet to Cover up said Bus /Van accident failed 2 do his duty in taking my report and makin a police report — he acted in an arbitrary Man ner — detrimental 2 me & police Behavior, un becoming of a police officer, & his duties 2 Cover up 4 fellow gov'T. Workers, by being bias & refusing 2 take my report — he failed his duty by taking sides with fellow gov'T. Workers, Thus Discriminating against me + denying me r. Constitutional, Human & citizen Rights. by telling me, the Bus Driver said -you wasn't on the Bus & failing 2 write & take my incident ~~injury~~—
report. and accident

Note: I also reported my injury to: M.P.D. Captain: M. REESE, I spotted getting off of another sub- sequent metro Bus. ~~also~~ also / I told Capt. M. REESE That I dialed 911 and requested a shift Commander on the scene, Capt. M. Reese told me- after stepping up. on the Metro Bus # 2303 and talking with Ofc. McABee Capt. M. Reese told me — he'll take care of you + Left the scene, they will send you a shift Commander (quote)

5) CONT: Said Shift Commander never came, and all parties jumped into their vehicle's to split the scene & leave me hanging; including said Ofc. McAbee. — until I pulled out my Cellfone + dialed 911 — for a Shift Commander / Note: Ofc. McAbee rolled down the window of his scout car — while I was standing near by in ear view — said, he pretended to have the Shift Commander on his car radio phone & he called to me to come to his car + speak to him on his car radio phone. — I told Ofc. McAbee that I want the Shift Commander / official to come on the scene & 2 speak in person: Also I told Ofc. McAbee that I wanted him to confiscate the film in the camera's on the Bus, as evidence to show that I was on the Bus! (quote)

After a long period waiting 4 shift commander 2 no avail, I repeatedly dialed 9-11, spoke to: Dispatche # 8034 repeatedly requesting 4 shift commander or official on the scene, also I spoke to para medical Dispatche, paramedical units responded — Engine # 10, tag no. C 7905, officers: ANTHONY McCoy, Gerald Nicks, para medics — F/ F.J. Keller, responded; after waiting 4 long interval 4 shift commander or M.P.D. official 2 arrive 2 no avail — shift commander / no show — finally I was transported by Engine No. 10 ambulance: F/ F.J. Keller to the WASH. Hosp. CEN. — Irving St. N.W. — Washington, DC; at: —— P.M. — Admitted by Receptionist: Ms. Tenesha Treated by: Nurse: & Doctors:

Wilbur Johnson 5/7/16

To: The Delaware Bar Assoc.
405 N. King St., suite 100
Wilmington, Dela. 19801
Tel. (302) 658-5279
Fax (302) 658-5212
Web: www.dsba.org
Re: COMPLAINT AGAINST Attorney L. Vincent Raumunno, Jr.
Of the Law firm of: Raumunno & Raumunno
903 French Street - Wilmington, Delaware 19801
Tel. (302) 656-9400, Fax (302) 656-9344

from: Wilbur Johnson
P.O. Box 901
Wilm., De. 19899

Dear Delaware Bar Association
        Cordial greetings! Please find Copies of
repeated Letters to: Attorney: L. Vincent Raumunno, Jr
of the Law firm: Raumunno & Raumunno - Located at
903 French St., Wilmington, Dela. 19801. I have
Sent numerous requests + Letters to Atty. Raumunno
Whom I hired to represent me in a Washington, DC -
D.C. Metro transit Authority & Smithsonian Institute -
Archives Museum - "Bus / Van Accident and Atty.
Raumunno failed to give me Copies of my Medical records
from: Dr. James M. Fuseo - 2205 Baynard Blvd. Wilm, De. 19802
and Associate doctors, and refused to Supply me with Copies
of all Correspondence & tort Claims Letters from Said Bus &
Smithsonian Inst. - Van - Insurance Companies for tort Claim.
thus hindering & melingering my Case thru His ineffectiveness of
Assistence of Counsel. His Secretary told me my Medical Records
were in Storage, When I wrote & Called Atty. L. Vincent Raumunno, Jr.
Concerning my Medical Records! he told me that he didn't have Any Copies
thus Both - ping ponging me back & Forth! Sincerely
                                    Wilbur Johnson

To: Delaware Bar Legal Referral
405 N. King Street, Suite 100
Wilmington, Dela. 19801

Tel. (302) 658-5279
FAX (302) 658-5212
Web: www.dsba.org

From: William Johnson.
P.O. Box 901
Wilm, Dela 19899
Date: July 9th, 2014

Re: Requesting Competent Legal Attorney/Lawyer help in Representing me in Suit against: Wilmington, Dela Police Dept. for Assault & Battery, illegal Search Seizure, illegal Arrest, false Imprisonment, Police Brutality, Willful & Malicious Brute-force Conduct; unbecoming of a Police Officer; a

(2). Bus ACCIDENT case — Mar. 10th, 2013 — in Wash, D.C.; which I was a passenger on City metro transit Bus, in which Bus Officials, and Smithsonian officials (Officers of Law, including Metropolitan Police Dept. officer (s), Conspired to Cover-up accident + deny me due Process + refused to take my Report at the Sceen of accident.

Dear Cordial Greetings of peace Sir/Enclose Please find Copies of my Affidavit of Wilm. — Police Assault + illegal Arrest — taken 2 The Christiana Care Hospital on — Date: feb. 2nd, 2014 for Police Assault & Ashma helded in Hospital room by Wilm. Police — without Checking me into Hospital Ashma Attack & Police Assault Injuries — Hospital Workers — were "in Back Room of Hospital watching "the Super Bowl game" I was Left in Holding Room given a Citation + force 2 Sign it — against my will or go to Jail —

Page (2) of (2) Cont.) Threatened to lock me up in Gander Hill jail, if I didn't sign "the citation, After signing citation _ police officer #30 mcLaughlin took handcuffs off of me took me to the hospital waiting room gave me my property and Rolled out told me "I was charged with "Loitering & Prowling", when I asked him while he was leavin Waiting Room Area — Note: These Corrupt Wilming- ton Police officers didn't even register me into the hospital — when I asked officer Mclaughlin whats taking so Long to see the Doctor — he said, they don't Care about you & I don't either — I'm rollin out soon as your Paper work Comes from the Station (quote) — meaning from His earlier Conversation to his fellow officer(s), who joined him in Assaulting me, he gave them Instructions to: "Type up the Report & bring it to the Hospital — (quote)!

Mr. Neuberger — I had to wait several hours to be seen by a Doctor — I informed the Clerk's female at the Counter that I had been assaulted by the Wilmington Police officers, they told me to have a Seat & I would be seen after all the People before me, waiting in the Emergency Area waiting room, about (30) thirty People; I would be seen after them ! (quote) — It was about 2:00 am almost before I finally got seen by A Doctor; and they the Doctor refused to exray my Head & Back — after I told Doctor I was Stomped in the head & Back, they only Exrayed my hand & Arm & told me they will give me something 4 pain, and

Page(s) of (5) Con't. / If I didn't want that
I could go Somewhere else — (to another Hospital
(quote)... The Hospital Doctor (s), clearly and
deliberately refused to exray my head & Back
in an fowl play to Cover up my Injuries of Said
Police Assault by Wilmington Police Dept. Officers
Sir;

<u>Note</u>: these Corrupt Police Officers "Racial Pro
filed me, Pulled Police Patty Wagon across sidewalk
where I was walking — I Crossed the Street to
avoid Harrassment, Police Officer Sgt. McLoughlin
Badge #30, Came across the Street starting going
in my Pockets — I asked him what you doing She
Said "I gotta See if you Gotta gun!" (quote)

I told him he was Violating my Civil and
Constitutional Rights — this ain't South Africa,
We have rights in this Country — He told me to Turn
around & Put my hands behind me — I asked him what
I was being arrested for — "He told me "You are not,
being Arrested — YOU - ARE - BEING - DETAINED! (quote)

I Said All I See is (6) six white officers & me a Black
Man — they Said "the Black officers got off tonite" quote
Sir, Mr. Neuberger I think they were Mad upset be-
Cause they had to Work while the SuperBowl was
T.V. and They Saw me Walking down the Street —
with an "President OBama baseball Cap & Jacket ON,
then decided to Pull me as their Punching Bag, officer
McLoughlin asked did any of the officers need me, they all
(Said)

...cont'   NO — he told them, I was Nothing-but-a-"CONNECTIONS PATIENT!" (quote) At the Police Station... He Previously told me when arresting / handcuffing me — that I was Gonna get "my Nickle's-Worth outta them tonite! (quote) What-ever that ment!" He -officer- McLaughlin also told me when arresting me on 39th Street — "Thank- Governor: Markel for this!" (quote)

Mr. Neuberger — the Law was not set-up 4 Corrupt Police to operate with impunity & Immunity from Prosecution & the Law's and to "Obstruct Justice Sir; And operate More Unlawful than the people they are Locking up on the streets. Like Nazi- Gestopo Police Sir — "God Always has a Man who will Stand-up against Injustice! Just Like he had "MOSES" to Stand up to Pharoah, with the help of his Brother Aaron — Mr. Neuberger I believe You are that man — I asked around on the Street here for an Attorney — who's not afraid to go up against the Establishment & Crooked Underhanded System & police here -in- Wilmington, Delaware, an Your name Came up among my Peers Sir; I would appreciate it very deeply; If You would review the Documents & my Affidavit(s), Letters Enclosed and also the Bus Accident, and Let me Know if You Could be of Some Assistance in Either of these Case's Sir, You Can write me at the above mailing address: You might be the

Page (5) five ___ ___ ppm that Eject wants to use, to get the Victory out of this Matter ; or these Matter Sir! Also I've been going to <u>Howard Hospital</u>, <u>Wash, DC., Dr. FUSCO - Wilm., Dele., The Henrietta JOHNSON Med. Cen. - Wilm, De.</u> for Medical Treatment Sir.

Also, "I believe this Wilmington Police officer whom assaulted me with his (5) five Police officers Accomplishes name Sgt. McLaughlin - Badge #30, is the same police officer whom Assaulted me in the "Old Wilmington Police Station located at; 10th & french streets - Wilmington, Delaware; Simply because I told him I was a "Juvenile", and "I was not suppose to be finger printed. He came around the Desk Counter & Viciously Assaulted Me - striking me repeatedly & face & Body - his fellow white police officer pulled him off of me, and filed "Police Complaint charges against said officer - McLaughlin; in Which I appeared before an Internal Affairs police /civilian Complaint Board and gave Testimony to the Complaint Board of the assault against me by said - Wilmington Police officer - McLaughlin - Badge #30 upon my physical Body & Person Sir, over (40) forty yrs. ago.

This violent, vicious, Malicious Racist, corrupt Police officer Should have been Kicked off the Police force back then - over (40) forty years ago, Sir! Mr. Neuberger write me at the above P.O. Box - 901, Wilm. Dela. 19899; If you can be of Some Assistance in helping me obtain Just Compensation for my Injuries & Damages Sir! I await your fast, prompt, speedy reply Sir, Thank you in advance!

Sincerely, Respectfully Submitted

Wilbur Johnson

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

*Wilbur Johnson*
_____
Plaintiff

vs.                                                    Case Number    **0003941-16**

*DC Metro Transit Authority*
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Wilbur Johnson*
_____
Name of Plaintiff's Attorney

*P.O. Box 901*                                  By _____
Address                                              Deputy Clerk
*Wilmington DE 19899*

*Clerk of the Court*

Date _____

Telephone
如需翻译，请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                    CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

JI-1 98000

Demandante

contra

Número de Caso: _____

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

Por: _____

Dirección                                                    Subsecretario
_____

Fecha _____

Teléfono
_____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

*Wilbur Johnson*
_____
Plaintiff

vs.                                    Case Number   **0003941-16**

*Smithsonian Institute Archives Museum*
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Wilbur Johnson*
_____
Name of Plaintiff's Attorney

*P.O. Box 901*
_____
Address
*Wilmington, DE 19899*

_____
Telephone
如需翻译,请打电话 (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오

Clerk of the Court

By _____
                                    Deputy Clerk

Date _____

Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

di -   ⁻ 'C, ,' ⁻'          contra

_____
                                    **Demandante**

                                    Número de Caso:   _____

_____
                                    **Demandado**

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Nombre del abogado del Demandante                    *SECRETARIO DEL TRIBUNAL*

_____

                                    Por: _____
Dirección                                          Subsecretario

_____

                                    Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Superior Court of the District of Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

Wilbur Johnson
Metro      vs.

Case Number: 0003941-16

Date: _____

D.C. Transit Authority
Smithsonian Institute Archives Museum

| Name: (please print) Wilbur Johnson | Relationship to Lawsuit |
|---|---|
| Firm Name: Wilbur Johnson (Pro Se) | ☐ Attorney for Plaintiff  ☑ Self (Pro Se) |
| Telephone No.:        Unified Bar No.: | Other:_____ |

TYPE OF CASE: ☐ Non-Jury      ☐ 6 Person Jury      ☑ 12 Person Jury

Demand: $ 325,000 _____      Other: _____

## PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

## NATURE OF SUIT: (Check One Box Only)

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other: _____
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other: _____

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence
- ☑ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other: _____
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

**SEE REVERSE SIDE AND CHECK HERE** ☐ **IF USED**

Form CV(6)-496/Feb. 95                                               5-0993-1 wd-354

## INFORMATION SHEET, Continued

**D. OTHERS**

I.
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 **Insurance/Subrogation Under $25,000 Pltf. Grants Consent**
- ☐ 08 Quiet Title
- ☐ 09 Special Writ (Specify) _____

- ☐ 10 T.R.O./Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code 16-4315)

- ☐ 25 Other: _____
- ☐ 26 **Insurance/Subrogation Under $25,000 Consent Denied**
- ☐ 27 **Insurance/Subrogation Over $25,000**

II.
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [6-2713(h) or 36-319(a)]
- ☐ 20 Master Meter (D.C. Code 43-541, et seq.)

- ☐ 21 Petition for Subpoena [Rule 28-I(b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27 (a)(I) (Perpetuate Testimony)